| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>United States Attorney |
| 2 | STANLEY A. BOONE<br>MARK E. CULLERS |
| 3 | KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorneys |
| 4 | 4401 Federal Building<br>2500 Tulare Street |
| 5 | Fresno, California 93721<br>Telephone: (559) 497-4000 |



FILED
SEP 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) NO. 1:09-cr-00217 OWW
                                 )
        Plaintiff,                )
                                 ) ORDER TO UNSEAL SEARCH WARRANTS
    v.                            ) AND ACCOMPANYING AFFIDAVIT
                                 )
                                 ) 1:09-SW-134 SMS
ALFRED DARNELL FORD,              ) 1:09-SW-135 SMS
et al.,                           ) 1:09-SW-136 SMS
                                 ) 1:09-SW-137 SMS
        Defendants.               )
_____ )

   The United States having moved this Court for an Order to unseal the Search Warrant and Accompanying Affidavit in Support of the Search Warrant for the following locations:

   1. 1142 "F" Street, Fresno, California 93706

   2. 4568 N. Meridian Avenue, Fresno, California 93726

   3. 11880 East Harvard Avenue, Sanger, California 93657

   4. 1240 W. Kearney Boulevard, Fresno, California

   IT IS SO ORDERED, that the Search Warrant and the Accompanying Affidavit in Support of the Search Warrant for the above-described locations be unsealed.

///

///

1 | DATED: September 15, 2009

_____
Hon. Oliver W. Wanger
United States Distrct Judge